UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOSE MAGALHAES, on behalf of himself
and others similarly situated,

                      Plaintiff,

-against-

ISLAND TENNIS, INC., ISLAND TENNIS,
LP d/b/a SPORTIME, CLAUDE OKIN,
JOHN McENROE TENNIS ACADEMY,
JOHN McENROE, MARK McENROE,
LAWRENCE KLEGER, DAN BECCARIA,
JOE SIEGEL, JAY HARRIS, AND JOHN
DOES NOS. 1-3,

                      Defendants.

------------------------------------------------------------X

Civ. No. 15-CV-5859

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 12 2016 ★

LONG ISLAND OFFICE

*The Clerk of the Court shall close the case.*

SO ORDERED

/s/ Joseph F. Bianco
USDJ

Date: Jan. 12, 2016
Central Islip, N.Y

## STIPULATION AND ORDER OF DISMISSAL

This Court, having considered and inspected the Negotiated Settlement Agreement between the Defendants and Plaintiff Jose Magalhaes ("Plaintiff") in the above-captioned action, IT IS HEREBY ORDERED that: that the Negotiated Settlement Agreement having been reviewed by the Court and found to be fair and reasonable, the above-captioned action be and is hereby dismissed as to Plaintiff, with prejudice, and with no award of attorneys' fees or costs by the Court to any party except as set forth in the Negotiated Settlement Agreement. The Court retains jurisdiction over any claims seeking to enforce the Negotiated Settlement Agreement.

| | |
|---|---|
| MONTEIRO & FISHMAN LLP<br>*Attorneys for Plaintiff*<br>91 N. Franklin Street, Suite 108<br>Hempstead, NY 11550<br>(516) 280-4600<br><br>By: /s/ Marcus Monteiro<br>    Marcus Monteiro<br><br>Dated: 12-28-15 | JACKSON LEWIS PC<br>*Attorneys for Defendants*<br>58 South Service Road, Suite 250<br>Melville, NY 11747<br>(631) 247-0404<br><br>By: /s/ Ana C. Shields<br>    Ana C. Shields<br><br>Dated: 12/28/15 |